UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| **PHILIP SIEFKE,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**TOYOTA MOTOR NORTH AMERICA, INC., PROGRESSIVE CASUALTY INSURANCE COMPANY, CONNECTED ANALYTIC SERVICES,**<br><br>Defendants. | Case No. 4:25-cv-00406 |

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY LITIGATION**

The Court should deny Defendants' motion to compel arbitration and stay litigation or, alternatively, delay ruling on the motion, pending its ruling on the Plaintiff's motion for jurisdictional discovery:

1. On July 8, 2025, Defendant Toyota Motor North America, Inc. ("Toyota") brought a motion to compel arbitration and stay litigation ("Motion to Compel") [Dkt. 31]. On the same day, the two other Defendants, Connected Analytic Services and Progressive Casualty Insurance Company each joined Toyota's motion to compel arbitration. [Dkt. 32 and Dkt. 33, respectively].

2. In accordance with the Order dated June 25, 2025 [Dkt. 28], Plaintiff's deadline to respond to Defendants' Motion to Compel was August 5, 2025.

3. In response to the Motion to Compel, Plaintiff filed two related motions ("Related Motions"):

    a. A motion to extend the deadline to respond to the Motion to Compel ("Motion to Extend Deadlines") to August 21, 2025, and to extend Defendants' deadline to reply to September 11, 2025 [Dkt. 36]. (Defendants did not oppose the Motion to Extend Deadlines, although Defendants did reserve all rights and do not waive any arguments with respect to Plaintiff's forthcoming Motion for Limited Jurisdictional Discovery described below); and

    b. a motion seeking limited jurisdictional discovery concerning the issue of contract formation, namely: whether Plaintiff in fact consented to the arbitration agreement ("Motion for Limited Jurisdictional Discovery") [Dkt. 38].

4. The Court has not yet ruled on the Related Motions.

5. In the absence of a ruling on the Related Motions, and particularly, on the Motion for Jurisdictional Discovery, the Court should not rule on Defendants' Motion to Compel. Similarly, Plaintiff ought not to be compelled to respond to Defendants' Motion to Compel until after such ruling. Plaintiff's response to the Motion to Compel depends on whether jurisdictional discovery is allowed, and on its scope.

6. Accordingly, Plaintiff respectfully submits that the Court should delay its ruling on the Motion to Compel until after it rules on the Motion for Jurisdictional Discovery. If Jurisdictional Discovery is granted, then the parties can establish an updated schedule for the briefing of the Motion to Compel, subject to the Court's approval. If it is denied, Plaintiff can respond to the Motion to Compel quickly, but should not be compelled to do so until his Motion for Jurisdictional Discovery is resolved.

For these reasons, Plaintiff respectfully requests that the Court (A) deny Defendants' Motion to Compel or, alternatively (B) delay its ruling on the Defendants' Motion to Compel until

after its ruling on the Plaintiff's Motion for Jurisdictional Discovery, and adjust the briefing schedule on the Motion to Compel accordingly.

Dated: August 22, 2025                           Respectfully Submitted,

| | |
|---|---|
| | */s/ Bruce W. Steckler* |
| John A. Yanchunis* | Bruce W. Steckler |
| Texas Bar No. 22121300 | Texas Bar No. 00785039 |
| JYanchunis@forthepeople.com | Bruce@stecklerlaw.com |
| Ronald Podolny* | Austin P. Smith |
| ronald.podolny@forthepeople.com | Texas Bar No. 24102506 |
| Antonio Arzola, Jr.* | austin@stecklerlaw.com |
| ararzola@forthepeople.com | Paul D. Stickney |
| **MORGAN & MORGAN** | Texas Bar No. 00789924 |
| **COMPLEX LITIGATION GROUP** | judgestickney@stecklerlaw.com |
| 201 North Franklin Street 7th Floor | **STECKLER WAYNE & LOVE PLLC** |
| Tampa, FL 33602 | 12720 Hillcrest Road, Suite 1045 |
| T: (813) 223-5505 | Dallas, Texas 75230 |
| F: (813) 223-5402 | T: 972-387-4040 |
| | F: 972-387-4041 |
| | |
| Lynda J. Grant* | Gary S. Graifman* |
| **THE GRANT LAW FIRM, PLLC** | **KANTROWITZ GOLDHAMER &** |
| 521 Fifth Avenue, 17th Flr. | **GRAIFMAN, P.C.** |
| New York, NY 10175 | 135 Chestnut Ridge Rd., Suite 200 |
| Telephone: (212) 292-4441 | Montvale, NJ 07645 |
| Facsimile: (212) 292-4442 | Telephone: (201) 391-7000 |
| lgrant@grantfirm.com | ggraifman@kgglaw.com |
| | |
| Sabita J. Soneji* | |
| **TYCKO & ZAVAREEI LLP** | |
| 1970 Broadway, Suite 1070 | |
| Oakland, California 94612 | |
| Telephone: (510) 254-6808 | |
| ssoneji@tzlegal.com | |
| | |
| Lesley E. Weaver* | |
| lweaver@bfalaw.com | |
| Anne K. Davis* | |
| adavis@bfalaw.com | |
| **BLEICHMAR FONTI & AULD LLP** | |
| 1330 Broadway, Suite 630 | |

Oakland, California 94612
T: (415) 445-4003
F: (415) 445-4020

*Pro hac vice forthcoming
**Counsel for Plaintiff and the Class**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record are being served with a copy of this document on this the 22nd day of August, 2025 through the Court's e-filing system.

*/s/ Bruce W. Steckler*
Bruce W. Steckler