**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| PHILIP SIEFKE,<br>individually and on behalf of all<br>others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TOYOTA MOTOR NORTH AMERICA, INC., PROGRESSIVE CASUALTY INSURANCE COMPANY, and CONNECTED ANALYTIC SERVICES,<br><br>Defendants. | Case No. 4:25-cv-00406-ALM |

**AGREED MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

Defendant Toyota Motor North America, Inc. ("Toyota") by and through its undersigned counsel of record moves the Court to enter the proposed Stipulated Protective Order filed as the proposed order herewith. Plaintiff Philip Siefke and Defendants Connected Analytic Services ("CAS") and Progressive Casualty Insurance Company ("Progressive) agree to this Motion.

In accordance with the Court's October 10, 2025 Order (Dkt. #52) granting limited pre-arbitration discovery, Toyota intends to produce certain documents in advance of the October 31, 2025 deadline to do so. At least some of these documents will include confidential proprietary and business information and/or trade secrets that Toyota seeks to protect from public disclosure pursuant to the proposed Stipulated Protective Order. In moving for this stipulated protective order to facilitate limited pre-arbitration discovery, Toyota in no way concedes that this Court is the

proper forum for this dispute and maintains that Plaintiff has agreed to arbitrate his claims against Toyota.

Respectfully submitted this 22nd day of October, 2025.

*/s/ Bruce W. Steckler (with permission)*
Bruce W. Steckler
Texas Bar No. 00785039
Bruce@stecklerlaw.com
Austin P. Smith
Texas Bar No. 24102506
austin@stecklerlaw.com
Paul D. Stickney
Texas Bar No. 00789924
judgestickney@stecklerlaw.com
Jack M. Kelley
Texas Bar No. 24137613
jkelley@stecklerlaw.com
**STECKLER WAYNE & LOVE PLLC**
12720 Hillcrest Road, Suite 1045
Dallas, Texas 75230
Telephone: (972) 387-4040
Facsimile: (972) 387-4041

John A. Yanchunis
Texas Bar No. 22121300
JYanchunis@forthepeople.com
Ronald Podolny
ronald.podolny@forthepeople.com
Antonio Arzola, Jr.
ararzola@forthepeople.com
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 North Franklin Street 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402

Anne Davis
adavis@bfalaw.com
**BLEICHMAR FONTI & AULD**
1330 Broadway
Ste 630

*/s/ Theodore Stevenson, III*
Theodore Stevenson, III
Texas Bar No. 19196650
ted.stevenson@alston.com
**ALSTON & BIRD LLP**
Chase Tower
2200 Ross Avenue, Suite 2300
Dallas, TX 75201
Telephone: (214) 922-3400
Facsimile: (214) 922-3899

*Counsel for Defendant Toyota Motor North America, Inc.*

*/s/ Mark H Francis (with permission)*
Mark H Francis
mark.francis@hklaw.com
**HOLLAND & KNIGHT LLP**
787 Seventh Avenue, 31st Floor
New York, NY 10019
Telephone: (212) 513-3572

Jessica Magee
Texas Bar No. 24037757
jessica.magee@hklaw.com
Tricia DeLeon
Texas Bar No. 24005885
tricia.deleon@hklaw.com
Jacob Brian Hadjis
Texas Bar No. 24134447
jacob.hadjis@hklaw.com
**HOLLAND & KNIGHT LLP**
811 Main Street
Suite 2500
Houston, TX 77002
Telephone: (713) 653-8886
Facsimile: (713) 821-7001

*Counsel for Defendant Connected Analytic*

Oakland, CA 94612
Telephone: (415) 445-4016

Sabita J. Soneji
ssoneji@tzlegal.com
**TYCKO AND ZAVAREEI LLP**
1970 Broadway
Suite 1070
Oakland, CA 94612
Telephone: (510) 254-6808

Lesley Weaver
lweaver@bfalaw.com
**BLEICHMAR FONTI & AULD LLP**
1330 Broadway
Suite 630
Oakland, CA 94612
Telephone: (415) 445-4003

Lynda J. Grant
lgrant@grantfirm.com
**THE GRANT LAW FIRM, PLLC**
521 Fifth Avenue, 17th Flr.
New York, NY 10175
Telephone: (212) 292-4441
Facsimile: (212) 292-4442

Gary S. Graifman*
ggraifman@kgglaw.com
**KANTROWITZ GOLDHAMER & GRAIFMAN, P.C.**
135 Chestnut Ridge Rd., Suite 200
Montvale, NJ 07645
Telephone: (201) 391-7000

** Pro hac vice forthcoming*

*Counsel for Plaintiff*

*Services*

*/s/ David Jack Levy (with permission)*
David Jack Levy
Texas Bar No. 12264850
david.levy@morganlewis.com
**MORGAN LEWIS & BOCKIUS, LLP - HOUSTON**
1000 Louisiana Street
Suite 4000
Houston, TX 77002
713-890-5170
713-890-5001 (fax)

Damon Elder (Pro Hac Vice)
WA Bar No. 46754
damon.elder@morganlewis.com
Andrew DeCarlow (Pro Hac Vice)
WA Bar No. 54471
andrew.decarlow@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Telephone: 206.274.6400
Facsimile: 206.274.6401

*Counsel for Defendant Progressive Casualty Insurance Company*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this day, a true and correct copy of the foregoing document was served by filing the same via the Court's CM/ECF system, which will provide notice of the filing of same to all counsel of record.

Date: October 22, 2025

/s/ *Theodore Stevenson, III*
Theodore Stevenson, III

**CERTIFICATE OF CONFERENCE**

In accordance with Local Rule CV-7(i), I hereby certify that counsel has complied with the meet and confer requirement in Local Rule CV-7(h), and that the motion is unopposed.

Date: October 22, 2025

/s/ *Theodore Stevenson, III*
Theodore Stevenson, III